**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Mr. Chavez-Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07MJ2696 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ANTONIO CHAVEZ-PEREZ, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: November 28, 2007         /s/ STEPHEN D. DEMIK
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Defendant
                                 Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: November 28, 2007         /s/ STEPHEN D. DEMIK
                                 Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
                                 San Diego, CA  92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 Stephen_Demik@fd.org (email)