RRm

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3375 IEG |
| Plaintiff, | ) ) | I N F O R M A T I O N |
| v. | ) ) | Title 8, U.S.C., Sec. 1326(a) and (b) -Attempted Entry After Deportation (Felony) |
| ANTONIO CHAVEZ-PEREZ, | ) ) | |
| Defendant. | ) ) ) | |

The United States Attorney charges:

On or about November 16, 2007, within the Southern District of California, defendant ANTONIO CHAVEZ-PEREZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

1     It is further alleged that defendant ANTONIO CHAVEZ-PEREZ was

2   removed from the United States subsequent to September 29, 1994.

3     DATED:   12|13|07                   .

4                                    KAREN P. HEWITT
                                     United States Attorney
5

6                                       J. Pue

7               for   DAVID D. LESHNER
                                     Assistant U.S. Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
      DDL:es:San Diego
      11/29/2007