AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ANTONIO CHAVEZ-PEREZ | CASE NUMBER: 07cr3375-IEG |

I, ANTONIO CHAVEZ-PEREZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER